■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID O'DONNELL, Appellant.— The jury was instructed appropriately that it might return a verdict of guilty of burglary in the third degree, guilty of petit larceny, or not guilty. However, through its foreman, the jury reported a general verdict of "guilty", without specifying the crime to which the verdict related. Since the ambiguity of the verdict was not resolved at the time of its rendition, this court resolves it in favor of the defendant and deems the jury to have found the defendant guilty of the lesser of the two counts submitted, viz., petit larceny (People v. Allen, 266 App. Div. 670). Accordingly, judgment convicting defendant of burglary in the third degree and sentencing him to State Prison for a term of not less than three nor more than six years, unanimously modified by convicting defendant of the crime of petit larceny under section 1299 of the Penal Law, and by sentencing him to an indefinite term in the New York City Penitentiary, pursuant to article 7-A of the Correction Law. As so modified the judgment is affirmed. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ In the Matter of the Arbitration between WILLOW FABRICS, INC., Appellant, and FRED FREUND CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ In the Matter of PETER SANTORELLI, Respondent, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the petition dismissed. In view of petitioner's record, the action of the police commissioner in refusing to appoint petitioner permanently as a patrolman at the end of petitioner's probationary service was not arbitrary, unreasonable or capricious. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ MORRIS BERMAN, Appellant, v. NEW YORK SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ MANNIE BAUM ENTERPRISES CORP., Respondent-Appellant, v. WILLIAM H. WEINTRAUB & COMPANY, INC., Now Known as NORMAN, CRAIG & KUMMEL, INC., Appellant-Respondent.— Judgment unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ ROBERT McL. JACKSON, Appellant, v. HUNT, HILL AND BETTS et al., Respondents.— There is sufficient ambiguity in the law partnership agreement in respect of the distributable interest of plaintiff as a retiring partner to indicate a trial rather than a disposition of the first two causes of action on the pleading. We hold merely that there is ambiguity enough to warrant the consideration of such proof as to actual practice in the firm and other evidence in support of what was understood and acted upon by the partners. Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied in its entirety. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ ALBERT A. LA VERNE, Respondent, v. ISAAC KAPLAN, Doing Business as INSJAR REALTY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Frank and Bergan, JJ.